GLADYS NAOMI LEHMANN, PLAINTIFF-PETITIONER, v. EDWARD LEHMANN, DEFENDANT-RESPONDENT.

See same case below: 7 *N. J. Super.* 232.

*Mr. Lewis S. Jacobson* and *Mr. Sam Weiss* for the petitioner.

*Messrs. O'Connor, Morss & Mancini, Mr. Martin B. O'Connor* and *Mr. Richard R. O'Connor* for the respondent.

Sepember 11, 1950.   Denied.

CLARISSE MILSTREY, ET AL., PLAINTIFFS-RESPONDENTS, v. CITY OF HACKENSACK, ET AL., DEFENDANTS-PETITIONERS.

See same case below: 8 *N. J. Super.* 221.

*Messrs. Chandless, Weller, Kramer & Frank* and *Mr. Ralph W. Chandless* for the petitioners.

*Mr. George F. Losche* for the respondents.

September 11, 1950.   Granted.